UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RAMON QUIROS,
Plaintiff

    v.                              C.A. No. 07-44-T-LDA

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

O R D E R

    This matter is hereby referred to Magistrate Judge Lincoln D. Almond for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                      BY ORDER:

_____      _____
Ernest C. Torres                       Deputy Clerk
Senior U.S. District Judge
Dated: 8/22/07