UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RAMON QUIROS

            v.                         CA No. 07-044T

MICHAEL J. ASTRUE

### ORDER AFFIRMING DECISION OF THE COMMISSIONER

For reasons stated in Magistrate Judge Almond's Report and Recommendation dated February 25, 2008, the Commissioner's decision is affirmed and the Plaintiff's motion to reverse or remand is denied.

It is so ordered.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 22, 2009