UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAMON QUIROS,
Plaintiff

  v.               C.A. No. 07-44T

MICHAEL J. ASTUE,
Defendant

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

  Judgment hereby enters for the Defendant Miachel J. Astrue and against Plaintiff Ramon Quiros pursuant to this Court's Order dated January 22nd, 2009.

                   Enter:

                   /s/ Ryan H. Jackson

                   Deputy Clerk

Dated: January 23rd, 2009